DOC NO
REC'D/FILED

# ATTACHMENT 1

2021 JUL 12 PM 4:18

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Valerie ~~Lynn~~ ~~[scribbled]~~ Kreger
P.O. Box 620493
Middleton, WI 53562

vs

(Full name of defendant(s))

Dane County ~~[scribbled]~~
215 South Hamilton St.
Madison, WI 53703

Case Number: 21 CV 446 JDP

(to be supplied by clerk of court)

David Mahan Flores
8025 E. Lincoln Dr #254
Scottsdale, AZ 85250

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __P.O. Box 620493, Middleton, WI 53562__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.  Defendant __Dane County__
                                                          (Name)

is (if a person or private corporation) a citizen of __Wisconsin__
                                                           (State, if known)
and (if a person) resides at __215 South Hamilton St, Madison, WI 53703__
                                                           (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
                                                           (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Dane County violated my civil rights. They violated Title 18, U.S.C., Section 242. They allow a child kidnapping to occur. I have not seen my daughter since March 2020. I should have had repeated placement times with her since then & her father has not turned her over & the local police don't do anything. The FBI has also been rude to me when I have asked for their assistance. They have done numerous other things that are listed in a previous filing in 2016. Laura Rucks has slandered & defamed me. Each attempt I make to get her & then don't feel good.

\* David Mahoney refused to turn her over 6 times since last year & acts like he is a judge & a doctor. He has been very controlling as long as I have known him & mentally & physically abusive.

I think I am being poisoned in my apartment. I think someone is coming in when I am not home &, putting crushed up medication or something in my food that has made me extremely ill  since November 2019. I keep on seeing a silver Toyota Corolla in the area where I lived when I am coming & going. I think she is entering through my building management as no one else has a key to my apartment. I have tried numerous times to see my child & I feel I am disabled like this everytime. Judge Shelley Gaylord said at the July 2019 hearing that it was okay that David went out 3 times in one week. Just like Commissioner Hanson said it was okay that David was calling me to ask me to take our child on his placement time so he could watch Sunday Night Football. This kidnapping & placement schedule has an effect on my income. I have been homeless 3x in 5 years & having numerous problems with finding housing due to my low income. Dane County rejected all of my filings last week

\* I have alot more to add & will have to amend my complaint.

Attachment One (Complaint) – 3

C.   JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 2,000,000 (this is for living expenses through retirement age)

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want all attorney fees I have ever paid out awarded to me because David committed battery against me in 2004, 2005, 2018, & 2018. He also spanked our child Olivia so hard in 2013 she had a red bottom. Most recently a woman at the courthouse said my apartment was not suitable for my daughter (when the building is only 10 years old) & then hung up on me. I want a motion for a change of venue out of the State of WI granted effective immediately. I want Dane County stripped of any rights to this case because of their gross negligence & discrimination towards me. I want a large money judgment for the emotional distress they started causing me back when Commissioner Jason Hanson made his first discriminatory comment towards me.

Attachment One (Complaint) – 4

E.   JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
        OR
☑ Court Trial – I want a judge to hear my case

Dated this __12__ day of __July__ 20_21_.

Respectfully Submitted,

__Valerie L. Krieger__
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

__P. O. Box 620493__
__Middleton, WI 53562__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.