---

### United States Western District of Wisconsin

---

Valerie L Flores,

               Plaintiff

v.

Dane County,
David M Flores,

               Defendants

---

### Motion to Appeal Case Dismissal to U.S. Seventh Circuit Court and a change of venue out of Wisconsin district courts

---

Plaintiff, Valerie Flores, respectfully requests an appeal to the seventh circuit court or change of venue to a different court outside of the state of Wisconsin on the decision to dismiss, Ms. Flores, federal lawsuit complaint in regards to her discrimination/personal injury complaint.

Dated: 11/29/2021

Plaintiff

s/ Valerie L Flores

Valerie L Flores
PO Box 620493
Middleton, WI 53562